IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK FLETCHER,

     Petitioner,                   No. CIV S-10-1564 GEB EFB P

     vs.

J.W. HAVILAND,

     Respondent.               ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent's answer was filed on September 7, 2010. Dckt. No. 11. The proof of service indicated that respondent served the answer on petitioner via mail. On September 30, 2010, petitioner filed his traverse along with a motion requesting that the court order respondent to serve petitioner with the answer and provide petitioner with 20 additional days from receiving the answer to file supplemental briefing. Dckt. Nos. 13, 14. According to petitioner, he never received a copy of respondent's answer, but was aware of its filing by the court's order granting respondent an extension of time and deeming the answer timely filed.

////

////

////

1       In an abundance of caution, the court hereby ORDERS that:

2       1.  Respondent is directed to serve an additional copy of the answer on petitioner within
3  14 days of the date of this order.

4       2.  Petitioner shall have 20 days from service of the answer to file any supplemental
5  traverse.

6       3.  Thereafter the matter stands submitted for decision.

7  Dated:  October 7, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2